FRANCES CARTELLI, Appellant, *v.* PRUDENTIAL INSURANCE
COMPANY OF AMERICA, Respondent.

Submitted February 27, 1939; decided April 4, 1939.

*Albert H. Vitale, Leo H. Klugherz, Richard Klugherz* and *Thomas Virciglio* for appellant.

*Benjamin Paul Goldman* and *Solon Weit* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.